IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                Case No. 4:99cr23-RH
                                      Case No. 4:03cv9-RH/WCS

**NGHIA LE,**

    **Defendant.**

_____/

**O R D E R**

At the conclusion of the hearing, I left open the possibility that either party may submit the FDC movement records of Defendant Le for the period close to June 11, 1999, but did not set a deadline.

Accordingly, it is **ORDERED** that if either party wishes to submit these records, the party shall do so on or before **August 8, 2005**. The report and recommendation on this § 2255 motion will be entered after that date.

**DONE AND ORDERED** on August 2, 2005.

                                               s/    William C. Sherrill, Jr.
                                               **WILLIAM C. SHERRILL, JR.**
                                               **UNITED STATES MAGISTRATE JUDGE**