# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:99cr23-RH

NGHIA LE,

    Defendant.

_____/

## ORDER DENYING THE REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE AND ALLOWING A RESPONSE ON WHETHER THE CONDITIONS OF SUPERVISION SHOULD BE MODIFIED

    The defendant Nghia Le was convicted and sentenced. The sentence included a term in the Bureau of Prisons and a term of supervised release. Mr. Le served his prison term and now is on supervised release. The assigned probation officer has requested early termination of supervised release.

    This order denies the request. Based on the nature of the offense and all the circumstances, I find that termination of supervised release at this time is *not* warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1).

This does not mean, though, that supervision should be continued at its present level.  This order gives the government an opportunity to be heard on whether the conditions of supervised release should be modified in a specific respect.

For these reasons,

IT IS ORDERED:

1. The clerk must docket the request for early termination of supervised release.  The request is DENIED.

2. The government may file a memorandum by May 6, 2014, on whether the condition of supervised release requiring the defendant to provide the probation officer a report within the first five days of each month should be modified to require the defendant to provide a report for a month only if the probation officer so requests.

SO ORDERED on April 22, 2014.

                                                s/Robert L. Hinkle
                                                United States District Judge